# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| | } | |
| MARTY TAYLOR, AND, | } | CASE NO. 16-02846-DSC-7 |
| TAMMY TAYLOR, | } | CHAPTER 7 CASE |
| | } | |
| DEBTOR(S). | } | |

## NOTICE OF INTENT AND MOTION FOR AUTHORITY TO SELL
## REAL PROPERTY FREE AND CLEAR OF ALL LIENS, INTERESTS OR OTHER
## ENCUMBRANCES BY PRIVATE SALE

COMES NOW André M. Toffel, the duly appointed Trustee in the above-styled case and gives notice, pursuant to the Federal Rules of Bankruptcy Procedure 2002(a)(2), 2002(c)(1) and 6004, of his intent to sell certain property free and clear of liens, interests and/or other encumbrances pursuant to Title 11 United States Code Section 363(b) and (f)(4) as described below, and moves this Honorable Court for an Order authorizing the Trustee to sell the property and as grounds for said motion, states the following:

### PROPERTY TO BE SOLD

The Trustee proposes to sell all of the estate's right, title, and interest in a parcel of real property located at Highway 145, Shelby Alabama to **Paul Abou Jaoude for $17,500.00.** The parcel of real property consists of 4.420 acres of land only. The legal description of said real property is listed as:

> **Parcel 1, according to the May and Survey of Odessa Estates,**
> **as recorded in Map Book 23, Page 454, in the Probate Office**
> **of Shelby County, Alabama.**
>
> **Tax ID# 33-2-03-0-000-009.000**

### TERMS AND CONDITIONS OF SALE

The Trustee proposes to sell the property "as is" and free and clear of any and all liens, interests and/or other encumbrances by **Private Sale** on or about the 15th day after the Order approving same is entered or at the first available sale date available through Asset Liquidators, Inc.

The Trustee is informed and believes that the above described real property is owned by the Debtor and not subject to any liens or encumbrances, and that no one other than the Trustee has an interest in the property to be sold.

The real property is being sold as is, where is, with no warranties or guarantees at all, except as are authorized by the Bankruptcy Court.

Any objections to the sale shall be filed on or before five (5) days before the date scheduled on the attached Notice of Hearing. Any objection shall state specifically why the sale should not be consummated. Unless a timely objection is filed and/or made at the time of the hearing, the sale shall take place as scheduled, or on such different terms as the Court may see fit to impose.

Pursuant to Bankruptcy Rules 2002, 6004 and 9006, the Trustee hereinbelow will give not less than twenty-three (23) days notice of the present Notice of Intent to Sell Assets Subject to all Liens and Encumbrances by mailing a copy of the same, along with the Notice of Hearing, to the persons and entities at the respective addresses shown on the certified matrix provided to him by the Clerk of the Bankruptcy Court, and will certify same by filing a Certificate of Notice of Mailing with the Bankruptcy Court.

## LIENS AGAINST PROPERTY

All liens, interests and/or encumbrances shall attach to the proceeds of such sale to the same extent and with the same priority as said liens, interests and/or encumbrances presently attach to the subject property. The Trustee reserves the right to contest the validity, priority and/or extent of any such claim, lien or other interest. It should be noted that an "any purchaser" title binder ordered by the Trustee is attached hereto and incorporated herein by reference as Exhibit B. The title binder shows no mortgages of any kind.

The Trustee is hereby proposing to hold any sales proceeds, less any costs of sale including, but not limited to, payment of ad valorem taxes, any other closing costs, and any real estate commission approved by the Court. A separate Application will be filed regarding any agent, auctioneer commission/fees upon the sale of the property.

IF YOU CLAIM A LIEN ON OR AN INTEREST IN ANY OF THE PROPERTY WHETHER OR NOT IT IS SET FORTH HEREIN ABOVE, YOU SHOULD IMMEDIATELY MAKE SUCH LIEN OR INTEREST KNOWN TO THE TRUSTEE AND THE COURT. THIS PROPOSED SALE MAY AFFECT YOUR RIGHTS UNDER TITLE 11 UNITED STATES CODE SECTION 363.

## QUALIFICATIONS FOR SALE PURSUANT TO SECTION 363

The proposed sale qualifies under Bankruptcy Code Section 363(b) and (f)(4).

**WHEREFORE**, upon the above stated premises, Trustee moves this Honorable Court to:

A.     To order and direct that service of this Notice and Motion be made in accordance with the Federal Rules of Bankruptcy Procedure 9014 on all parties in interest;

B.     To order the date, time and place of the hearing on this Notice and Motion to Sell Property of the estate and the time within which objections to said Notice and Motion shall be filed and served upon the Trustee;

C.     At such hearing, issue an Order authorizing the private sale free and clear of all liens, interests, and/or other encumbrances as proposed above and grant the Trustee the authority to execute any instruments necessary or ordered by the Court to effectuate the transfer of the real property described above;

D.     Order that if there is a dispute among the lienholders or Trustee on the Property as to the validity, amount, or priority, of any such lien or claim, such sale is approved and confirmed on the basis requested, and the Trustee is directed to hold the net proceeds, subject to payment upon proper application for professional fees and other administrative expenses pursuant to Title 11 United States Code Sections 330, 506, 724 or any other applicable code sections and to bring an adversary proceeding to resolve said disputes. This right is reserved notwithstanding any other provision of this Order.

E.     Grant such other, further and different relief as may be necessary to effectuate the sale of the assets.

Dated this the 4th day of January, 2017.

_____/s/   André M. Toffel, Trustee_____
Andre' M. Toffel, Trustee

**OF COUNSEL:**
André M. Toffel, P.C.
450A Century Park South, Ste. 206A
Birmingham, Alabama 35226
(205) 252-7115

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the above Notice/Motion has been served on all parties requesting notice by electronic mail and/or by placing a copy of same in the U.S. Mail, first-class postage prepaid and properly addressed to parties on the mailing matrix of the case on this the 4th day of January, 2017.

_____/s/   André M. Toffel_____
OF COUNSEL

*Exhibit A*

# ASSET LIQUIDATORS, INC.

## Contract For Sale And Purchase

**Date** 12-1-16

**Parties:** Andre Toffel, Trustee *(Seller) And* Paul Abou Jaoude _____ *( Buyer )*
hereby agree that the Seller will sell and the Buyer will buy the following property ( Real Estate ) upon
the following terms and condition.

1. **Description** of Property located in the city of _____ County of Shelby State of Al 35143
   Street address, if any, Hwy 46/ Hwy 145     4.42 Acres
   Parcel # 33 2 E3 6 000 009.000

2. **Purchase Price:**................................................$ 17,500.00
   Deposit to be held in escrow...................................$     500.00
   Balance due at closing:.........................................$ 17,000.00

3. **Closing Date:** This transaction will be closed and the deed and other closing papers delivered on or
   before ___ day of _____ , 20 ___ . If closing is delayed by actions or lack of action of the Buyer
   after the scheduled closing date, the deposit will be retained by Seller and Asset Liquidators Inc. as
   liquidated damages.

4. **Restrictions:** The Buyer will take title subject to: zoning, restrictions, prohibition and requirements
   imposed by governmental authority.

5. **Taxes:** General real estate taxes will be prorated and adjusted as of the time of closing. From the
   date of closing the tax bill for the property will be the responsibility of the Buyer.

6. **Possession:** is to be given on delivery of the deed. Possession is not authorized before closing.

7. **Condition of the Property:** Property and all systems and appliances are purchased **"AS IS"** Neither
   the Seller nor Asset Liquidators, Inc. make any representations or warranty of any kind as to the
   condition of the property.

8. **Commission:** Commission payable to Asset Liquidators , Inc. is paid by the Seller.

9. **Title Insurance:** If Buyer requires title insurance and/ or a survey it will be at the Buyer expense.

10. **Additional Provisions** set forth on the reverse side, initialed by all parties, are hereby made a part of
    this contract and this contract states the entire agreement between the parties and agreements not
    incorporated herein are void and of no force and effect.

11. **Disclosures:** All disclosures required by State and Federal laws have been made, such as but not
    limited to Lead Paint, Fair Housing, Agency, ETC.
    **This is a legal binding contract if not fully understood, seek the advice of an attorney prior to
    signing.**

*Witnesses:(Two recommended but NOT required)*

_____

_____

*Executed by Buyer on* 12/1/16

*Witnesses:(Two recommended but NOT required)*

_____

_____

*Executed by Seller on* Dec. 1, 2016
Andre M. Toffel, as Trustee

_Exhibit B_

## TITLE INSURANCE COMMITMENT

BY

# *First American Title Insurance Company*

### SCHEDULE A

1. Commitment Date: **November 28, 2016, 08:00 am**

2. Policy (or Policies) to be issued:                      Policy Amount

   a. Owner's Policy                                                    **$17,500.00**

   Proposed Insured:   **Paul Abou Jaoude**

   b. Loan Policy

   Proposed Insured:

   c. Proposed Insured:

3. **Fee Simple** interest in the land described in this Commitment is owned, at the Commitment Date, by **Sarah Isbell and Marty Lynn Taylor by deed dated December 12, 1997 and filed February 3, 1998 in Instrument No. 1998-03408**

   **24-month chain of title shown above (provided for informational purposes only)**

4. The land referred to in the Commitment is described as follows:

   **Parcel 1, according to Map and Survey of Odessa Estates, as recorded in Map Book 23, page 45, in the Probate Office of Shelby County, Alabama.**

   Countersigned
   **Reli Settlement Solutions, LLC,  Ala Lic #438226**

   By _Joshua Wilton Jones  #0210165_

# TITLE INSURANCE COMMITMENT

BY

# *First American Title Insurance Company*

## SCHEDULE B - SECTION I

### REQUIREMENTS

The following requirements must be met:

a.  Pay the agreed amounts for the interest in the land and/or the mortgage to be insured.

b.  Pay us the premiums, fees and charges for the policy.

c.  Documents satisfactory to us creating the interest in the land and/or the mortgage to be insured must be signed, delivered and recorded:

    1.  **We require execution, without intervening rights, of a Warranty Deed from Sarah Isbell and Marty Lynn Taylor (and spouse(s), when required by law), conveying the property described in Schedule "A" above to Paul Abou Jaoude, to be filed for record in the Probate Office of Shelby County, AL. NOTE: This deed should contain the following recital: "Marty Lynn Taylor is the surviving grantee of that deed recorded in Instrument No. 1998-03408, in the Probate Office of Shelby County, Alabama; the other grantee Sarah Isbell, having died on or about the _____ day of _____, _____."**

d.   You must tell us in writing the name of anyone not referred to in this Commitment who will get an interest in the land or who will make a loan on the land.  We may then make additional requirements or exceptions.

e.   If any endorsements are requested, we require that we are informed of such requests prior to date of closing.  Furthermore, we reserve the right to add any additional requirements which are necessary to issue such endorsements.  (As to residential property only).

f.   NOTICE TO CLOSING AGENT:  If you are closing a loan required herein based on an Equity Line Mortgage Pay-Off Letter, you must determine that the account is frozen and no further advances will be made.  You must have a release in hand or adequate assurances that the release is immediately forthcoming.  We will require a copy of the release or your assurance that the release is forthcoming.

g.   An affidavit and indemnity from the vested title holder herein that there are no judgments, proceedings or liens which attach to the property; no leases or other parties in possession of the property; and no recent improvements on the property for which the contractors have not been paid.  (Seller/Owner Affidavit to be provided by Title Company.)

h.   Delivery of the Company's Privacy Policy Notice.

i.   In addition we require the following:

1.   Our search found no open mortgage of record regarding subject property.  We require that the owner of said property confirm the findings of our search of the Probate Record, attesting that there are no such encumbrances not of record and holding harmless/indemnifying Reli Settlement Solutions, LLC. against any loss and/or claim incurred by the existence of any such encumbrance not attested to in said affidavit.  If any such mortgage was released within one year of the effective date of this commitment, the closing agent will make reasonable effort to verify the lender in said mortgage/lien received full payment of same.  Please, include satisfactory documentation of your efforts with your closing package.

2.   We require a death certificate for Sarah Isbell, a joint grantee of deed recorded in Instrument No. 1998-03408, in the Probate Office of Shelby County, AL.

3.   We will require proof that Marty Lynn Taylor, are not one and the same as Marty Taylor, SSN #***-**-0620, who filed a petition in Bankruptcy Court under Chapter 7 of the Bankruptcy Code, said petition being dated 7/14/2016, under Case No. 16-02846-DSC7, if the same parties, we must be provided with copies of the petition for Voluntary Bankruptcy, a list of creditors and the notice of intent of trustees to abandon the property and proof that there was no objection by any of the creditors.  Based, on this information, we will make any further requirements necessary.

4.   We require an affidavit and indemnity from the person(s) vested in title herein, that there are no municipal, fire district, homeowner's association dues and/or assessments outstanding or currently due on the property herein described.

5.   Taxes are PAID for the year 2016, in the amount of $45.18.  Parcel Id No. 33-2-03-0-000-009.000. The above tax information has been based on the present tax evaluation in the tax assessor's office but is subject to any adjustments that may be made by either the Tax Assessor or the Board of

Equalization of Shelby County, AL. This is for information only and is not an audited amount. The property owner remains responsible for all taxes regardless of the accuracy or inaccuracy of these numbers and title company accepts no responsibility for payment of taxes.

6.   NOTE: All papers are to be filed in the Probate Office of Shelby County, AL.

7.   If this is a purchase transaction, we require execution of an Affidavit of Residency or Exemption from Withholding Tax on Sale of Real Property by Nonresidents in compliance with Code of Alabama (1975) Section 40-18-86. If the Seller does not meet the requirement of the Affidavit of Residency or Exemption from Withholding Tax on Sale of Real Property by Nonresidents, a withholding tax will be required to be withheld from the proceeds of the sale and remitted to the Alabama Department of Revenue.

8.   Satisfactory compliance with the provisions contained in Act 2012-494, regarding completion and attestation of the Real Estate Sales Validation Form.

9.   We require the attached Notice of Availability of Closing or Settlement Protection to be properly completed by the seller and returned to our office.

10.  We require the attached Notice of Availability of Closing or Settlement Protection to be properly completed by the borrower and returned to our office.

Label Matrix for local noticing
1126-2
Case 16-02846-DSC7
NORTHERN DISTRICT OF ALABAMA
Birmingham
Wed Jan  4 08:41:04 CST 2017

Asset Liquidators, Inc.
ATTN: CLYDETTE HUGHES
3902 ANGEL DR
BESSEMER, AL 35022-3833

FreedomRoad Financial c/o Capital Recovery G
PO Box 64090
Tucson, AZ 85728-4090

MAX CREDIT UNION
c/o CHAMBLESS-MATH & CARR, PC
PO BOX 230759
MONTGOMERY, AL 36123-0759

Ocwen Loan Servicing, LLC
1661 Worthington Road
Suite #100
WEST PALM BEACH, FL 33409-6493

United Consumer Financial Serv.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

Ally
P.O. Box 380902
Minneapolis, MN 55438-0902

Citibank/NTB
P.O. Box 6500
Sioux Falls, SD 57117-6500

Citibank/NTB
P.O. Box 65354
Dallas, TX 75265

Citibank/NTB
P.O. Box 9001006
Louisville, KY 40290-1006

Clyde Gannon
19210 Hwy. 145
Shelby, AL 35143-5534

Comenity Capital Bank/Paypal Credit
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121-3132

Ditech Financial LLC
P.O. Box 6176
Rapid City, SD 57709-6176

Freedom Road Financial
10509 Professional Cirle, Suite 202
Reno, NV 89521-4884

Freedom Road Financial
P.O. Box 4597
Hinsdale, IL 60522-4597

Max Federal Credit Union
P.O. Box 244040
Montgomery, AL 36124-4040

Ocwen Loan Servicing, LLC
Attn:  Bankruptcy
P.O. Box 780
Waterloo, IA 50704-0780

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Patsy Taylor
1500 Ellison Road
Jemison, AL 35085-6642

PayPal Credit
P.O. Box 5138
Timonium, MD 21094-5138

Roundpoint Mortgage Servicing
P.O. Box 19409
Charlotte, NC 28219-9409

United Consumer Financial
P.O. Box 856290
Louisville, KY 40285-6290

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712-1083

United Consumers Financial
865 Bassett Road
Westlake, OH 44145-1194

Andre M. Toffel
Andre' M. Toffel, PC
450A Century Park South
Suite 206A
Birmingham, AL 35226

Andre' M Toffel
Andre' M Toffel, PC
450A Century Park South
Suite #206A
Birmingham, AL 35226

C Taylor Crockett
2067 Columbiana Road
Birmingham, AL 35216-2139

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203-2111

Jon A Dudeck
Bankruptcy Administrator-Bham Office
1800 5th Ave N 3rd Floor
Birmingham, AL 35203-2111

```
Marty Taylor                     Tammy D. Taylor                  End of Label Matrix
19271 Hwy. 145                   19271 Hwy. 145                   Mailable recipients    31
Shelby, AL 35143-5555            Shelby, AL 35143-5555            Bypassed recipients     0
                                                                  Total                  31
```